United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3397
_____

United States of America

*Plaintiff - Appellee*

v.

Zyren Turnage

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: March 29, 2022
Filed: April 4, 2022
[Unpublished]
_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Zyren Turnage appeals the sentence imposed by the district court[1] after he pleaded guilty to being a felon in possession of a firearm, pursuant to a plea

_____

[1]The Honorable Stephen R. Clark, United States District Judge for the Eastern District of Missouri.

agreement that includes an appeal waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss the appeal, and we grant counsel's motion to withdraw.

_____